AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Rohan Harry

V.

City of New York, Raymond Jansen,
Eric Robinson, and John and Jane Doe
1 through 10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV 5318

TO: (Name and address of Defendant)

City of New York
100 Church Street
New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JUN 10 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 17, 2008 at 10:31 am |
| NAME OF SERVER (PRINT) Anderson Chan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o Corporation Counsel 100 Church Street 4th Flr New York NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Amanda Gonzales, legal clerk who is Authorized to accept on behalf of the defendant. F, BR, BLK, 24, 5'6, 140

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 17 2008
                      Date

Signature of Server  Anderson Chan - 1220482

Address of Server  315 Broadway New York, NY 10007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.