AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Rohan Harry

V.

City of New York, Raymond Jansen,
Eric Robinson, and John and Jane Doe
1 through 10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5318

TO: (Name and address of Defendant)

Raymond Jansen
New York Police Department, 9th Precinct
321 East Fifth Street
New York, New York 10003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 1 0 2008

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | June 17, 2008 at 3:15 pm |
| NAME OF SERVER (PRINT) BARRY GELMAN | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: NYPD - 9th Precinct
321 East 5th Street
New York, NY 10003

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Sgt. Gomez #2927, co-worker of the defendant. M, W, Blk, 35, 5'10, 200

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 18, 2008
Date

Signature of Server
Barry Gelman - 982866

8685 17th Ave Brooklyn, NY 11214
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.